IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOB KETCHUM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:03-cv-02793-PWG** |
| **CONSECO LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 10, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On August 24, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Defendant's Motions for Summary Judgment (Doc.'s 16 and 26) are due to be and are hereby DENIED.

Done this 29th day of September, 2005.

_____
U.W. Clemon
Chief United States District Judge